

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. **1:20-CR-896** |
| v. | ) |
| | ) Violation: Title 18, United States |
| RASHID JACKSON | ) Code, Section 922(g)(1) |
| | ) **Judge Virgina M. Kendall** |
| | **Magistrate Judge Beth W. Jantz** |

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

On or about December 25, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RASHID JACKSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Zastava M88A semi-auto handgun bearing serial number M88A37575, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes but is not limited to a Zastava M88A semi-auto handgun bearing serial number M88A37575, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
signed by _____ on behalf of the
UNITED STATES ATTORNEY