UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                         )<br>   vs.                    )<br>                         )<br>RASHID JACKSON )<br>        Defendant. ) | No. 20CR 896<br><br>Judge Virginia M. Kendall |

## MOTION TO WITHDRAW

NOW COMES Movant, SAANI MOHAMMED, attorneys of record for Defendant, and, pursuant to Local Rules 83.17, moves this Honorable Court to grant him leave to withdraw as counsel for Defendant in the above-captioned actions. In support of this motion, Movant states as follows:

1. That Defendant currently being housed at the Winnebago County Jail by the U.S. Marshalls.

2. That the Defendant retained the services of MOHAMMED-LAW LLC, on or about January 14, 2021 to represent Defendant.

3. That there has been an irreconcilable breakdown in the attorney-client relationship in that Movant is no longer able to represent Respondent effectively.

4. Specifically, the Defendant has failed to adhere to the Attorney-Client Agreement that parties entered into prior to representation.

5. That Movant has spoken and discussed the filing of this motion with the Defendant on June 30, 2021 and the Defendant agreed for Movant to withdraw.

6. The Movant has notified the Defendant about this motion through telephone conversation and through mail.

7. That in the event this Court grants Movant's motion, Movant requests this Court to allow Defendant a reasonable time within the local rules to retain new counsel, or file his own Appearance.

8. This Motion is not brought for purposes of delay.

WHEREFORE, Movant respectfully prays for relief as follows:

A. That this Honorable Court grant him leave to withdraw as counsel for the Defendant.

B. That Defendant be granted reasonable time to retain new counsel or file his own Appearance.

C. For any other and further relief as this court deems equitable and just.

                                                         Respectfully submitted

**By:**        **/S/***Saani Mohammed*
                          **Saani Mohammed, Esq.**

**Saani Mohammed, Esq.**
Attorney No. 6316630
Attorney for Rashid Jackson
73 W. Monroe Street, Ste 103
Chicago, Illinois 60603
P: 773.823.4343
Saani@MohammedLawFirm.com
www.MohammedLawFirm.com

CERTIFICATE OF SERVICE

I, SAANI MOHAMMED hereby certify that on July 8, 2021 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF)